No. 96–1431.  DAY *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 96–1435.  PICKETT *v.* AMERICAN BREEDERS SERVICE. Cir. Ct. Frederick County, Md.  Certiorari denied.

No. 96–1436.  DE WIEST *v.* DEHAENE ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–1438.  JENKINS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 96–1439.  LYNCH ET AL. *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 96–1445.  DOLAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–1446.  AHERN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–1449.  PATRICK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 96–1453.  SCANLIN *v.* COOPER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–1492.  EDWARDS *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 96–6978.  SANTOS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–7196.  DAVIS *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 96–7233.  BOWERS ET AL. *v.* SATURN GENERAL MOTORS CORP.  C. A. 6th Cir.  Certiorari denied.

No. 96–7257.  HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–7269.  FORSMAN *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.